# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-3270
_____

TAQARIUS JONES,

    Appellant,

    v.

STATE OF FLORIDA, DEPARTMENT
OF REVENUE, CHILD SUPPORT
PROGRAM and KIANA WILLENE
NIJARIA DAVIS,

    Appellees.

_____

On appeal from the Department of Revenue Child Support
Program.
Ann Coffin, Director.

May 8, 2024

PER CURIAM.

The Court dismisses the appeal as untimely filed. *See* Fla. R.
App. P. 9.110(c).

B.L. THOMAS, ROWE, and M.K. THOMAS, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---

Taqarius Jones, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, and Sarah C. Prieto, Assistant Attorney General, Fort Lauderdale, for Appellee Department of Revenue.